Wolfe Thompson
NSB 6463
6785-4 S. Eastern Ave.
Las Vegas, NV 89119
702-263-3030
Attorney for Plaintiff

# United States District Court
# District of Nevada

| | |
|---|---|
| BEAR OMNIMEDIA LLC,<br>         Plaintiff,<br>VS.<br><br>MANIA MEDIA LLC dba "BEAR FILMS" and BEARFILMS.com; CM PUBLICATIONS LIMITED also known as CM Publications dba "The magazine ALL BEAR," "ALL BEAR Special Edition," "ALL BEAR EXTRA," the "ALL BEAR Newsletter"; PAYPAL INC. dba paypal.com; DOMAINS BY PROXY LLC, BEAR WORLD MEDIA LTD dba BEARworld.com; STEVEN TILOTTA, dba playBEARMAGAZINE.com; DOES I-X, ROE COMPANIES I-X<br>         Defendants. | No. 2:17-cv-1478-MMD-CWH<br><br>NOTICE OF VOLUNTARY DISMISSAL |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

  I am the attorney for the Plaintiff in this matter who voluntarily dismisses this lawsuit pursuant to FRCP 41(a)(1)(A)(i) as to Domains by Proxy LLC. Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

            Dated June 8, 2017

            /s/ Wolfe Thompson
            WOLFE THOMPSON, SBN #6463
            Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL– Page 1

WOLFE THOMPSON PS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that on the date below, I caused to be served via ECF e-service a true and correct copy of the within document in the above matter to all parties this action and who have registered for such service and Domains by Proxy LLC by serving counsel for such party Nicholas Beizer <nbeizer@godaddy.com>.

Dated June 8, 2017

 /s/ Wolfe Thompson
WOLFE THOMPSON, SBN #6463
Attorney for Plaintiff