Alex L. Fugazzi (NV Bar No. 9022)
Michael Paretti (NV Bar No. 13926)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: afugazzi@swlaw.com
Email: mparetti@swlaw.com

*Attorneys for Defendant Instagram, LLC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BEAR OMNIMEDIA LLC,<br><br>Plaintiff,<br><br>VS.<br><br>MANIA MEDIA LLC dba "BEAR FILMS" and BEARFILMS.COM; CM PUBLICATIONS LIMITED also known as CM Publications dba "The magazine ALL BEAR," "ALL BEAR Special Edition," "ALL BEAR EXTRA," the "ALL BEAR Newsletter"; BEAR WORLD MEDIA LTD BEARworldMAGAZINE.com; WEBID CONSULTING LTD. dba BEARworld.com and BEAR411.com; and STEVEN TILOTTA dba playBEARMAGAZINE.com and dba playBEAR.com; INSTAGRAM INC., a Delaware corporation; INSTAGRAM LLC, a Delaware corporation; DOES I-X, ROE COMPANIES I-X<br><br>Defendants. | Case No. 2:17-cv-1478-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Bear Omnimedia LLC ("Plaintiff"), through its attorney, Wolfe Thompson, Esq. of WOLFE THOMPSON PC and Defendant Instagram, LLC ("Defendant") through its attorneys, Alex L. Fugazzi, Esq. of SNELL & WILMER L.L.P. and Randi W. Singer, Esq. of WEIL, GOTSHAL & MANGES LLP, stipulate and agree as follows:

4849-1109-2823

1. WHEREAS Plaintiff served its Third Amended Complaint on Defendant on November 9, 2017 (ECF No. 72);[1]

IT IS HEREBY STIPULATED AND AGREED that:

2. Defendant shall have to and including January 31, 2018 to answer, move, or otherwise respond to the Third Amended Complaint.

3. This Stipulation may be signed in counterparts and faxed or emailed signatures may be deemed originals.

Dated: December 13, 2017

WOLFE THOMPSON PS

_/s/ Wolfe Thompson_

Wolfe Thompson (NV Bar No. 6463).
6785 S. Eastern Avenue, Suite 4
Las Vegas, NV 89119
Email: wolfe@wolfelawyer.com

*Attorneys for Plaintiff Bear Omnimedia LLC*

Dated: December 13, 2017

SNELL & WILMER L.L.P.

_/s/ Alex Fugazzi_

Alex L. Fugazzi (NV Bar No. 9022)
Michael Paretti (NV Bar No. 13926)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Email: afugazzi@swlaw.com
mparetti@swlaw.com

Randi W. Singer (*pro hac to be filed*)
Jessica L. Falk (*pro hac to be filed*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Email: randi.singer@weil.com
jessica.falk@weil.com

*Attorneys for Defendant Instagram, LLC*

IT IS SO ORDERED.

_/s/_

UNITED STATES MAGISTRATE JUDGE

Dated: 12/14/17

---

[1] Plaintiff also originally filed suit against "Instagram, Inc." But that entity no longer exists and, as a result, has not been served with the Third Amended Complaint.

- 2 -

4849-1109-2823