1  Chad Anderson
   Nevada State Bar 014468
2  3280 E Maule Ave
3  Las Vegas, NV 89120
   602-904-5485
4  chad@dposolutions.com
5  Attorney for Defendant Mania Media LLC

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8  | BEAR OMNIMEDIA LLC,                              | Case No.: 2:17-cv-1478-MMD-CWH |
9  |         Plaintiff,                               |                                |
10 | vs.                                              | (FIRST) MOTION FOR EXTENSION OF TIME FOR DEFENDANT MANIA MEDIA TO RESPOND TO THIRD AMENDED COMPLAINT |
11 |                                                  |                                |
12 | MANIA MEDIA LLC dba "BEAR FILMS" and BEARFILMS.com; CM PUBLICATIONS LIMITED aka "The magazine ALL BEAR," "ALL BEAR Special Edition," "ALL BEAR EXTRA," The "ALL BEAR Newsletter", BEAR WORLD MEDIA LTD, BEARworldMAGAZINE.com; WEBID CONSULTING LTD. Dba BEARworld.COM And BEAR411.COM; and STEVEN TILOTTA dba playBEARMAGAZINE.COM AND dba playBEAR.COM; INSTAGRAM INC., a Delaware corporation; INSTAGRAM LLC, A Delaware corporation; DOES I-X, ROE COMPANIES I-X |  |
   |         Defendant                                 |                                |

Defendant Mania Media LLC, by and through its counsel of record, Chad Anderson, Attorney at Law, hereby move this Honorable Court to extend by 7 days the time for it to file its response to Plaintiff's Third Amended Complaint. In support of the motion, counsel states:

1. On December 14, 2017, this Court entered an Order granting Mania Media's motion to set aside clerk's entry of default (ECF No. 79);

2. Within its motion to set aside clerk's entry of default, Mania Media requested that it be permitted to respond to Plaintiff's Third Amended Complaint (by way of either a Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, a Motion to Dismiss under Nevada's anti-SLAPP statute, or an Answer) within 20 days of entry of an order granting its motion (ECF No. 66);

3. As the Court granted the motion to set aside clerk's entry of default on December 14, 2017, Mania Media's response is currently due January 3, 2018;

4. While counsel has endeavored to finalize a response by the current due date, an extension is necessary and warranted to allow counsel to finalize a full and appropriate response that will assist the Court in addressing this matter;

5. Good cause exists to allow a brief extension of 7 days for Mania Media to finalize its response, specifically, the intervening holidays between December 21 and January 3 reduced the amount of time counsel could devote to preparing a response;

6. Additionally, this brief extension will not delay this matter, as Defendant Instagram has until January 31, 2018, to respond to the complaint (*see* ECF No. 80), and thus there is no prejudice to any party in granting Mania Media a brief extension;

7. Finally, counsel has made no prior request to extend the time to respond to the complaint.

In light of the foregoing, Mania Media respectfully request a 7-day extension to file its response to Plaintiff's Third Amended Complaint.

Respectfully submitted this 3rd day of January, 2018

/s/ Chad Anderson
Chad Anderson, Attorney at Law
3280 E Maule Ave
Las Vegas, NV 89120
(602) 904-5485
chad@dposolutions.com
Attorney for Mania Media LLC

IT IS SO ORDERED.

DATED: January 4, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Court's Electronic Filing System and served on the attorneys of record for all parties in the above cause in accordance with the Federal Rules of Civil Procedure on January 3, 2018.

/s/ Chad Anderson

(FIRST) MOTION FOR EXTENSION OF TIME FOR DEFENDANT MANIA MEDIA TO RESPOND TO THIRD AMENDED COMPLAINT - 3