Marc J. Randazza, NV Bar No. 12265
Alex J. Shepard, NV Bar No. 13582
Randazza Legal Group, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

Chad Anderson, NV Bar No. 14468
3280 E Maule Ave
Las Vegas, NV 89120
Telephone: 602-904-5485
chad@dposolutions.com

*Attorneys for Defendant*
*Mania Media LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BEAR OMNIMEDIA LLC, | Case No.: 2:17-cv-1478-MMD-CWH |
| Plaintiff, | **NOTICE OF LIMITED** |
| | **APPEARANCE OF COUNSEL** |
| v. | |
| MANIA MEDIA LLC dba "BEAR FILMS" and BEARFILMS.COM, et. al. | |
| Defendants. | |

## NOTICE OF LIMITED APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Marc J. Randazza and Alex J. Shepard of Randazza Legal Group, PLLC hereby enter their limited appearance on behalf of Defendant MANIA MEDIA LLC in the above-captioned appeal.

It is respectfully requested that copies of all future papers and pleadings be served upon the undersigned.

Dated: January 10, 2018.          Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, NV Bar No. 12265
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147

Chad Anderson, NV Bar No. 14468
3280 E Maule Ave
Las Vegas, NV 89120

*Attorneys for Plaintiff,*
*AMA Multimedia, LLC*

Case No.: 2:17-cv-1478-MMD-CWH

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Employee,
Randazza Legal Group, PLLC