Marc J. Randazza, NV Bar No. 12265
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

Chad Anderson, NV Bar No. 14468
3280 E Maule Ave
Las Vegas, NV 89120
Telephone: 602-904-5485
chad@dposolutions.com

*Attorneys for Defendant
Mania Media LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BEAR OMNIMEDIA LLC,<br><br>Plaintiff,<br><br>v.<br><br>MANIA MEDIA LLC dba "BEAR FILMS" and BEARFILMS.COM, et. al.<br><br>Defendants. | Case No.: 2:17-cv-1478-MMD-CWH<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>**(Second Request)** |

Plaintiff Bear Omnimedia LLC ("Omnimedia") and Defendant Mania Media LLC dba "Bear Films" and BearFilms.com ("Mania Media"), by and through their respective counsel, do hereby stipulate and agree as follows:

1. On December 14, 2017, this Court entered an Order granting Mania Media's motion to set aside clerk's entry of default (ECF No. 79), in which Mania Media requested 20 days from the date of entry of the order to respond to Omnimedia's Third Amended Complaint (the "TAC").

2. On January 3, 2018, Mania Media moved for an extension of time of seven days to respond to Omnimedia's TAC (ECF No. 83), which the Court granted on January 4, 2018 (ECF No. 84).

3. Mania Media's current deadline to respond to the TAC is January 10, 2018.

4. Last weekend, counsel for Mania Media Chad Anderson was injured in an automobile accident, which has affected his ability to draft a response to the TAC.

5. Mania Media has recently retained new counsel, Randazza Legal Group, PLLC, ("RLG") on a limited basis relevant to responding to the TAC. RLG requires additional time to become familiar with the case so that it can carry out the purpose of its limited engagement with Mania Media.

6. Therefore, the parties agree that the Court may enter the following Order and request that the Court do so accordingly:

    a. Defendant Mania Media LLC shall have until January 17, 2018 to file a response to Plaintiff's Third Amended Complaint.

. . .

. . .

. . .

**SO STIPULATED AND AGREED** on this 10th day of January, 2018.

RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Marc J. Randazza (NV Bar No. 12265)
Alex J. Shepard (NV Bar No. 13582)
4035 S. El Capitan Way
Las Vegas, NV 89147

*Attorneys for Defendant,*
*Mania Media LLC*

WOLFE THOMPSON PS

/s/ Wolfe Thompson
Wolfe Thompson (NSB 6463)
6785-4 S. Eastern Ave.
Las Vegas, Nevada 89119

*Attorney for Plaintiff,*
*Bear Omnimedia LLC*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: January 11, 2018