**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**
Ashley M. Bennett Ewald* (#0388301)
Molly R. Littman* (#0398449)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3016
Facsimile: (612) 632-4016
ashley.ewald@gpmlaw.com
*Admitted pro hac vice

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
Kurt R. Bonds, Esq.
Nevada Bar #6228
Adam R. Knecht, Esq.
Nevada Bar #13166
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
702-384-7000
efile@alversontaylor.com
**ATTORNEYS FOR DEFENDANT WEBID CONSULTING, LTD.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BEAR OMNIMEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action No. 2:17-cv-1478 |
| vs. | ) |
| | ) **STIPULATION OF DISMISSAL** |
| MANIA MEDIA, LLC dba "BEAR FILMS" | ) **OF WEBID CONSULTING LTD.** |
| and BEARFILMS.COM; CM | ) **WITH PREJUDICE** |
| PUBLICATION LIMITED also known as | ) |
| CM Publications dba "The magazine ALL | ) |
| BEAR," "ALL BEAR Special Edition," | ) |
| "ALL BEAR EXTRA," the "ALL BEAR | ) |
| Newsletter"; BEAR WORLD MEDIA LTD | ) |
| BEARworldMAGAZINE.com; WEBID | ) |
| CONSULTING LTD. dba Bearworld.com | ) |
| and BEAR411.com; and STEVEN TILOTTA | ) |

KB/25051

| | |
|---|---|
| dba playBEARMAGAZINE.com and dba PlayBEAR.com; DOES I-X, ROE COMPANIES I-X | ) ) ) |
| Defendants. | ) ) |

## **STIPULATION OF DISMISSAL OF WEBID CONSULTING LTD. WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Bear Omnimedia LLC and Defendant Webid Consulting Ltd., dba Bearworld.com and Bear411.com (collectively, "Defendant Webid"), that pursuant to a settlement reached by these parties, the above-entitled action against Defendant Webid may be dismissed with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered.

DATED the __6__ day of February, 2018.

| | |
|---|---|
| ALVERSON, TAYLOR, MORTENSEN & SANDERS<br><br>*/s/ Kurt R. Bonds*<br>KURT R. BONDS<br>Nevada Bar No. 6228<br>ADAM R. KNECHT<br>Nevada Bar No. 13166<br>7401 W. Charleston Boulevard<br>Las Vegas, NV 89117<br>(702) 796-5555<br><br>GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.<br>Ashley M. Bennett Ewald* (#0388301)<br>Molly R. Littman* (#0398449)<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 632-3016<br>Facsimile: (612) 632-4016<br>ashley.ewald@gpmlaw.com<br>*Admitted pro hac vice<br><br>*Attorneys for Defendant Webid Consulting Ltd.* | WOLFE THOMPSON PS<br><br>*/s/  S. Wolfe Thompson*<br>Wolfe Thompson (NSB 6463)<br>6785-4 S. Eastern Ave.<br>Las Vegas, NV  89119<br>Telephone: (702) 263-3030<br>wolfe@wolfelawyer.com<br><br><br>*Attorneys for Plaintiff Bear Omnimedia, LLC* |

KB/25051

Having reviewed the parties' stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that all claims against Defendant WEBID CONSULTING LTD., DBA BEARWORLD.COM and BEAR411.COM, are dismissed with prejudice; each party shall bear their own attorney's fees and costs.

Dated this __7th__ day of February, 2018.

_____
U.S. DISTRICT COURT JUDGE

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Court's Electronic Filing System and served on the attorneys of record for all parties in the above cause in accordance with the Federal Rules of Civil Procedure on February ___, 2018.

> An Employee of ALVERSON, TAYLOR, MORTENSEN & SANDERS

KB/25051