Wolfe Thompson
NSB 6463
6785-4 S. Eastern Ave.
Las Vegas, NV 89119
702-263-3030
Attorney for Plaintiff

# United States District Court
# District of Nevada

| | |
|---|---|
| BEAR OMNIMEDIA LLC,<br>　　　　　　　　　Plaintiff,<br>VS.<br>MANIA MEDIA LLC dba "BEAR FILMS" and BEARFILMS.com; CM PUBLICATIONS LIMITED also known as CM Publications dba "The magazine ALL BEAR," "ALL BEAR Special Edition," "ALL BEAR EXTRA," the "ALL BEAR Newsletter"; BEAR WORLD MEDIA LTD BEARworldMAGAZINE.com; WEBID CONSULTING LTD. dba BEARworld.com and BEAR411.com; and STEVEN TILOTTA dba playBEARMAGAZINE.com and dba playBEAR.com; INSTAGRAM INC., a Delaware corporation; INSTAGRAM LLC, a Delaware corporation, DOES I-X, ROE COMPANIES I-X<br>　　　　　　　　　Defendants. | No. 2:17-cv-1478-MMD-CWH<br><br>STIPULATION AND ORDER TO POSTPONE DISCOVERY PLAN PENDING APPEAL |

　　　Plaintiff and Defendant Mania Media LLC, by and through their counsel of record, hereby stipulate and agree:

1. Defendant Webid Consulting Ltd. has been dismissed pursuant to settlement with Plaintiff.

2. Defendant Steven Tilotta has yet to be served because of the hurricane affecting the Houston, TX, community.



STIPULATION AND ORDER TO POSTPONE DISCOVERY
PLAN PENDING APPEAL– PAGE 1

3. CM Publications Limited has been defaulted. (Docket #44)
4. Bear World Media Ltd. has been defaulted. (Docket #45)
5. Mania Media LLC and Instagram Inc. moved to dismiss. The court granted Instagram LLC's motion and denied Mania Media LLC's motion. (Docket #108)
6. Mania Media LLC appealed the denial of its motion to dismiss. (Docket #111)
7. Plaintiff's counsel and counsel for Mania Media LLC met for a discovery conference on June 21, 2018. (Docket #112) and agreed on a discovery plan.
8. The Parties hereby agree that resolution of pending appeal may limit or obviate the need for discovery and have agreed to stay this matter until the appeal is decided.

Dated June 27, 2018

WOLFE THOMPSON PS

/s/ Wolfe Thompson
WOLFE THOMPSON, NSB 6463
Attorney for Plaintiff

/s/ Chad Anderson
CHAD ANDERSON, NSB 14468
Attorney for Mania Media LLC

### ORDER

IT IS SO ORDERED: discovery shall be postponed until issues on appeal are decided.

DATED: July 27, 2018

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO POSTPONE DISCOVERY
PLAN PENDING APPEAL – PAGE 2

