**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**
Ashley M. Bennett Ewald* (#0388301)
Molly R. Littman* (#0398449)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3016
Facsimile: (612) 632-4016
ashley.ewald@gpmlaw.com
*Pro hac vice applications to be filed

**ALVERSON TAYLOR & SANDERS**
Kurt R. Bonds, Esq.
Nevada Bar #6228
Adam R. Knecht, Esq.
Nevada Bar #13166
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
702-384-7000
efile@alversontaylor.com
**ATTORNEYS FOR DEFENDANT
WEBID CONSULTING, LTD.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BEAR OMNIMEDIA, LLC,

                Plaintiff,

vs.

MANIA MEDIA, LLC dba "BEAR FILMS" and BEARFILMS.COM; CM PUBLICATION LIMITED also known as CM Publications dba "The magazine ALL BEAR," "ALL BEAR Special Edition," "ALL BEAR EXTRA," the "ALL BEAR Newsletter"; BEAR WORLD MEDIA LTD BEARworldMAGAZINE.com; WEBID CONSULTING LTD. dba Bearworld.com

Civil Action No. 2:17-cv-1478

**MOTION TO REMOVE COUNSEL FROM ELECTRONIC SERVICE LIST**

KRB/25051

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

1

| | |
|---|---|
| 1 | and BEAR411.com; and STEVEN TILOTTA ) |
| | dba playBEARMAGAZINE.com and dba ) |
| 2 | PlayBEAR.com; DOES I-X, ROE ) |
| | COMPANIES I-X ) |
| 3 | ) |
| | Defendants. ) |
| 4 | _____ ) |

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

## MOTION TO REMOVE COUNSEL FROM ELECTRONIC SERVICE LIST

Kurt R. Bonds, Esq. and Adam R. Knecht of the law firm ALVERSON TAYLOR &

SANDERS ("Alverson Taylor") hereby brings this Motion to Withdraw and Remove Counsel

from the CM/ECF Service List and Mailing Matrix ("Motion"), on the above-referenced matter.

Alverson Taylor is counsel of record for Defendant Webid Consulting, Ltd. ("Webid").

Pursuant to the Order dated July 27, 2018, Webid has been dismissed pursuant to a settlement

agreement with Plaintiff Bear Omnimedia, LLC (ECF No.115). Counsel therefore requests that

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

IT IS SO ORDERED.

DATED: **Jan 24, 2019**

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

2

their contact information and email addresses be removed from the CM/ECF notification list on this matter.

Respectfully submitted,

Dated: January __19__, 2019

**GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.**

By __s/Ashley Bennett Ewald__
      Ashley M. Bennett Ewald* (#0388301)
      Molly R. Littman* (#0398449)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3016
Facsimile: (612) 632-4016
ashley.ewald@gpmlaw.com
*Pro hac vice applications to be filed

**ALVERSON TAYLOR & SANDERS**

By: _____
    Kurt R. Bonds, Esq.
    Nevada Bar No. 6228
    Adam R. Knecht, Esq.
    Nevada Bar No. 13166
    6605 Grand Montecito Pkwy., Suite 200
    Las Vegas, NV 89149
    702-384-7000
    efile@alversontaylor.com
**ATTORNEYS FOR DEFENDANT
WEBID CONSULTING, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Court's Electronic Filing System and served on the attorneys of record for all parties in the above cause in accordance with the Federal Rules of Civil Procedure on January 21st, 2019.

_____
An Employee of ALVERSON TAYLOR
& SANDERS

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

N:\kurt.grp\CLIENTS\25000\25051\pleading\Motion to Remove Counsel (Webid).docx        KRB/25015