1  Clyde DeWitt
   Nevada State Bar No. 9791
2  California State Bar No. 117911
   Texas State Bar No. 05670700
3  Law Offices of Clyde DeWitt,
        A Nevada Professional Corporation
4  410 South Rampart Boulevard, Suite 420
   Las Vegas, NV 89145-5719
5  (702) 386-1756; fax (702) 441-0308
   *clydedewitt@earthlink.net*

6  Counsel for Defendant Mania Media LLC

7  Wolfe Thompson
8  Nevada State Bar No. 6463
   Wolfe Thompson LLC
9  6785 S. Eastern Ave., Suite 4
   Las Vegas, NV 89119
10 (702) 263-3030; fax: 702-995-0155
   *wolfe@wolfelawyer.com*

11 Counsel for Plaintiff, Bear Omnimedia LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BEAR OMNIMEDIA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MANIA MEDIA LLC, et al.,<br><br>    Defendants. | Case Number:<br>    **2:17-cv-01478-MMD-CWH**<br><br>Hon. Miranda M. Du<br>    United States District Judge<br><br>Hon. Carl W. Hoffman<br>    United States Magistrate Judge<br><br>**STIPULATION OF DISMISSAL**<br><br>**[FED. R. CIV. PROC. 41(a)(1)]** |

# STIPULATION OF DISMISSAL

# [Fed. R. Civ. Proc. 41(a)(1)]

IT IS HEREBY STIPULATED by and between Plaintiff BEAR OMNIMEDIA LLC on the one hand and, on the other hand, Defendant MANIA MEDIA LLC through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1).[1]

Dated: July 1, 2019.   So Stipulated,

CLYDE DeWITT
LAW OFFICES OF CLYDE DeWITT, APC

By: */s/ Clyde DeWitt*
Clyde DeWitt

Wolfe Thompson LLC

By: */s/ Wolfe Thompson*
Wolfe Thompson

Counsel for Defendant Mania Media LLC

IT IS SO ORDERED.

Dated: July 1, 2019

_____
U.S. District Judge

---

[1] These are the only parties who have appeared but have not been terminated.

Defendant Bear World Media Ltd. attempted to appear by the filing of a motion to set aside the clerk's default (ECF Docket Document No. 46, filed September 21, 2017). However, because its representative was not an attorney the court denied the motion without prejudice (ECF Docket Document No. 52, entered October 27, 2017). There has been no subsequent attempt to appear by that party.

The remaining defendants other than Mania Media LLC that have appeared all have been terminated.

# CERTIFICATE OF SERVICE

I certify that on the date of the filing of the foregoing document, as reflected on the header inserted by the court's ECF/PACER system, a true and correct copy of it is being served upon each attorney of record in the above-captioned matter; and the original upon the Clerk of Court by way of the court's ECF/PACER system.

Signed this date: July 1, 2019.

*/s/ Wolfe Thompson*
Wolfe Thompson